No. 97–1325. PALADIN ENTERPRISES, INC., AKA PALADIN PRESS *v.* RICE, GUARDIAN AND NEXT FRIEND OF HORN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 97–1327. JORDAN *v.* PLAYTEX FAMILY PRODUCTS, INC. C. A. 2d Cir. Certiorari denied. 

No. 97–1331. UNION SECURITY LIFE INSURANCE CO. *v.* CROCKER. Sup. Ct. Ala. Certiorari denied. 

No. 97–1332. YEAROUS ET AL. *v.* NIOBRARA COUNTY MEMORIAL HOSPITAL, BY AND THROUGH ITS BOARD OF TRUSTEES. C. A. 10th Cir. Certiorari denied. ██

No. 97–1333. SMITHWICK ET UX. *v.* GREEN TREE FINANCIAL SERVICING CORP. C. A. 5th Cir. Certiorari denied. 

No. 97–1341. KABIR *v.* SILICON VALLEY BANK ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 97–1345. DAXOR CORP. ET AL. *v.* NEW YORK STATE DEPARTMENT OF HEALTH ET AL. Ct. App. N. Y. Certiorari denied. 

No. 97–1348. WILSON *v.* MARCHINGTON ET AL. C. A. 9th Cir. Certiorari denied. 

No. 97–1349. PAINTER *v.* GOLDEN RULE INSURANCE CO. C. A. 8th Cir. Certiorari denied. 

No. 97–1350. WALDEN ET AL. *v.* GEORGIA-PACIFIC CORP. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 97–1351. MESSAM *v.* MORTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 97–1353. FAZIO *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied. 

No. 97–1361. BRONX HOUSEHOLD OF FAITH ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.